IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ULRICH EICKERMAN, | CASE NO. CV F 12-618 LJO |
| Appellant, | **ORDER TO SET BRIEFING SCHEDULE** |
| v. | |
| LA JOLLA GROUP, II, | |
| Appellee. | |
| _____/ | |

   Pursuant to the briefing schedule (Doc. 8), this Court SETS the following briefing schedule in this bankruptcy appeal:

   1.   Appellant shall file and serve the opening brief and excerpts of record no later than **July 10, 2012**;

   2.   Appellee shall file and serve their responsive brief no later than **July 24, 2012**; and

   3.   Appellant shall file and serve a reply brief, if any, no later than **August 7, 2012**.

   4.   This Court shall read and review the briefs once they are submitted to determine whether a hearing on this appeal is necessary. If no hearing is set, this Court shall rule on the submitted papers.

                                                              IT IS SO ORDERED.

**Dated:   June 27, 2012**                     /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE