# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ULRICH EICKERMAN,<br><br>　　　　　Appellant,<br><br>　v.<br><br>LA JOLLA GROUP, II,<br><br>　　　　　Appellee.<br>_____ / | CASE NO. CV F 12-618 LJO<br><br>**ORDER TO SET BRIEFING SCHEDULE** |

Pursuant to the briefing schedule (Doc. 8), this Court SETS the following briefing schedule in this bankruptcy appeal:

1. Appellant shall file and serve the opening brief and excerpts of record no later than **July 10, 2012**;
2. Appellee shall file and serve their responsive brief no later than **July 24, 2012**; and
3. Appellant shall file and serve a reply brief, if any, no later than **August 7, 2012**.
4. This Court shall read and review the briefs once they are submitted to determine whether a hearing on this appeal is necessary. If no hearing is set, this Court shall rule on the submitted papers.

IT IS SO ORDERED.

**Dated:**　**June 27, 2012**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1