```
1  Henry D. Nunez    #63412
   Attorney at Law
2  4478 West Spaatz Avenue
   Fresno, CA   93722
3  Telephone: (559) 437-9200
   Facsimile: (559) 437-3927
4
5  Attorney for Appellant
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10                          FRESNO DIVISION
11
12  GARY ULRICH EICKERMAN,          )   Case No. 1:12-cv-0618-LJO
                                    )
13              Appellant,          )
                                    )
14  vs.                             )   ORDER TO EXTEND BRIEFING
                                    )
15  LA JOLLA GROUP, II,             )   *Proposed Extension Date:*
                                    )
16              Respondent.         )   Date:   August 10, 2012
                                    )
17                                  )
```

18      UPON REVIEW of the appellants' Ex Parte Application for extension of time to file his

19 appellate brief, and the supporting papers therefor, was presented to the Honorable Lawrence J.

20 O'Neill, United States District Judge of the above-entitled court, and for Good Cause appearing

21 therefrom,.

22      IT IS ORDERED, ADJUDGED AND DECREED that the appellant's brief be and is

23 hereby due on August 10, 2012;

24      IT IS ORDERED, ADJUDGED AND DECREED that the respondent's brief be and is

25 hereby due on August 24, 2012;

26      IT IS ORDERED, ADJUDGED AND DECREED that the appellant's reply brief be and

27

28

_____
                                    **ORDER**
                                    Page 1

is hereby due on August 31, 2012.

IT IS SO ORDERED.

**Dated:**     July 3, 2012                                  /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE