Henry D. Nunez   #63412
Attorney at Law
4478 West Spaatz Avenue
Fresno, CA  93722
Telephone: (559) 437-9200
Facsimile: (559) 437-3927

Attorney for Appellant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GARY ULRICH EICKERMAN, | Case No. 1:12-cv-0618-LJO |
| Appellant, | |
| vs. | ORDER TO EXTEND BRIEFING |
| LA JOLLA GROUP, II, | ***Proposed Extension Date:*** |
| Respondent. | Date:   August 10, 2012 |

UPON REVIEW of the appellants' Ex Parte Application for extension of time to file his appellate brief, and the supporting papers therefor, was presented to the Honorable Lawrence J. O'Neill, United States District Judge of the above-entitled court, and for Good Cause appearing therefrom,.

IT IS ORDERED, ADJUDGED AND DECREED that the appellant's brief be and is hereby due on August 10, 2012;

IT IS ORDERED, ADJUDGED AND DECREED that the respondent's brief be and is hereby due on August 24, 2012;

IT IS ORDERED, ADJUDGED AND DECREED that the appellant's reply brief be and

is hereby due on August 31, 2012.

      IT IS SO ORDERED.

**Dated:**   July 3, 2012                       /s/ **Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE